# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

UNITED STATES OF AMERICA  :

                                :  CRIMINAL ACTION

      V.                        :  NO. 4:05-CR-56-01-HLM

                                  :

SHERRY ANN RAMOS      :

## ORDER REVOKING SUPERVISED RELEASE JUDGMENT AND COMMITMENT

On the 19TH day of November, 2009, came the attorney for the government, and the defendant who appeared in person with counsel, Scott Forster, Esq.

A United States Probation Officer of this Court has moved to revoke the supervised release heretofore imposed on the defendant the 17th day of October 2005, by the Honorable Harold L. Murphy, sitting in the Northern District of Georgia, at Rome, Georgia.

Upon the defendant's admissions to the allegations contained in the petition, the Court finds that defendant violated the terms and the conditions of her supervised release, it is hereby

**ORDERED BY THE COURT** that the supervised release be continued until its expiration. Further, during this period of supervision, the defendant's original conditions of supervised release shall remain in full force and effect and shall modified to include the following modifications:

1.   The defendant shall participation on home confinement for a period of thirty (30) days, and shall abide by all requirements of the program which include electronic monitoring or other location verification systems. The defendant shall pay all or part of the cost of the program based upon the defendant's ability to pay as determined by the United States Probation Officer. The defendant shall be restricted to her residence at all times except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations or other activities as pre-approved by the probation officer.

**SO ORDERED**, this _19_ day of November 2009.

_____

**HAROLD L. MURPHY**
**United States District Judge**